COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-20-00798-CV

Style:                       BRJ Paving, Inc. d/b/a BRJ Enterprise v. For The Fence Of It, LLC
d/b/a Waco Fence

Trial Court Case Number:      2019-15295

Trial Court:                 80th District Court of Harris County

Type of Motion:              Objection to Mediation

Party Filing Motion:         Appellee

      The Appellee has objected to mediation.  The Court's mediation order dated March 25, 2021 is withdrawn.

Judge's signature: /s/ Julie Countiss
                Acting individually

Date: April 5, 2021

---

\*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).